**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 25-2545-JFW**
           [ED CR 23-74-JFW]                        Date:  February 24, 2026

Title:    Nathan Johnson -v- United States of America

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                       **None Present**
    **Courtroom Deputy**               **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                 None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY PRIOR DEFENSE COUNSEL R. REID ROWE SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH COURT ORDER**

On November 25, 2025, the Court issued an Order (1) Authorizing Disclosure of Certain Attorney-Client Communications; (2) Establishing Procedures for Obtaining Such Attorney-Client Communications, (3) Implementing Protective Order for Such Obtained Communications; and (4) Amended Briefing Schedule on Defendant's § 2255 Motion ("Order").  In that Order, the Court ordered prior counsel R. Reid Rowe to prepare a written declaration in response to Petitioner Nathan Johnson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, and provide that declaration to Petitioner on or before January 23, 2026. On February 9, 2026, Petitioner filed a "Motion to Notify the Court of Counsel's Failure to Make Declaration Per Court Order," which advised the Court that he had not received the Court-ordered declaration from Mr. Rowe by the deadline.

Accordingly, Mr. Rowe is ordered to show cause, in writing, on or before **March 2, 2026**, why the Court should not impose sanctions against him in the amount of $2,500 for his failure to comply with the Court's Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

                          Initials of Deputy Clerk _sr_